IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RUGH A. MASON and SHERRY L. MASON, )
      Plaintiffs, )
)
vs. )    Civil Action No. 12-369
)
RANGE RESOURCES-APPALACHIA, LLC )
and NISOURCE ENERGY VENTURES, LLC, )
      Defendants. )

HEARING ON STATUS CONFERENCE

Before: MAGISTRATE JUDGE ROBERT C. MITCHELL

Appearing for Plaintiffs:
Rugh A. Mason (pro se)
Sherry L. Mason (pro se)

Appearing for Defendants:
Kenneth J. Witzel
Paul K. Stockman
Laura A. Lange

Hearing begun: 3-11-13 at 9:30 a.m.

Hearing adjourned to:

Hearing concluded: 9:45 a.m.

Stenographer: none

OUTCOME

1.    Discovery ends June 30, 2013 –final.
2.    Status conference scheduled for June 21, 2013 at 1:00 p.m.