IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RUGH A. MASON, and SHERRY L. MASON,
    Plaintiffs,

vs.

RANGE RESOURCES-APPALACHIA, LLC, and NISOURCE ENERGY VENTURES, LLC,
    Defendants.

Civil Action No. 12-369

STATUS CONFERENCE

Before: MAGISTRATE JUDGE ROBERT C. MITCHELL

Appearing for Plaintiffs: Rugh A. Mason (pro se) and Sherry L. Mason (pro se)

Appearing for Defendant Range Resources: Kenneth J. Witzel

Appearing for Defendant NiSource: Laure A. Lange and Paul K. Stockman

Hearing begun: 6/19/2013 at 12:56 p.m.

Hearing concluded: 1:15 p.m.

Stenographer: none

OUTCOME

1. Discovery ends June 30, 2013.
2. Any motion for summary judgment to be filed by July 31, 2013 with briefs limited to fifteen (15) pages.
3. Plaintiff to respond by August 31, 2013 with brief limited to fifteen (15) pages.
4. Defendant to file a reply by September 7, 2013 with brief limited to five (5) pages.