IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RUGH A. MASON and SHERRY L. MASON,<br><br>Plaintiffs,<br><br>v.<br><br>RANGE RESOURCES – APPALACHIA, LLC and<br>NISOURCE ENERGY VENTURES, LLC,<br><br>Defendants. | Civil Action No.12-cv-00369<br><br>Chief Judge Conti/<br>Magistrate Judge Mitchell |

**DEFENDANT'S NOTICE OF ATTORNEY APPEARANCE**

Kindly enter the appearance of attorney Jamie A. Edwards on behalf of Defendant, NiSource Energy Ventures, LLC, in the above-captioned matter.

Dated: May 13, 2014

Respectfully submitted,

*/s/* Jamie A. Edwards
Paul K. Stockman (Pa. I.D. No. 66951)
   pstockman@mcguirewoods.com
Laura A. Lange (Pa. I.D. No. 310733)
   llange@mcguirewoods.com
Jamie A. Edwards (Pa.I.D. No. 309493)
   jedwards@mcguirewoods.com
McGuireWoods LLP
625 Liberty Avenue, 23rd Floor
Pittsburgh, Pennsylvania 15222
Telephone: (412) 667-6000
Telecopier: (412) 667-7975
   *Counsel for Defendant*
   *NiSource Energy Ventures, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that today I served a true and correct copy of the foregoing Defendant's Notice of Attorney Appearance via the Court's CM/ECF system, and also by first class mail, postage prepaid, upon Rugh Mason and Sherry Mason, 99 Buck Run Road, Claysville, Pennsylvania 15323-1206.

Dated: May 13, 2014                                         */s/* Jamie A. Edwards